UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIAN FLORES MARQUEZ, *et al.*, | Case No. 2:25-cv-02203-RFB-NJK |
| Petitioners, | **ORDER** |
| v. | |
| JASON KNIGHT, *et al.*, | |
| Respondents. | |

Before the Court is counseled Petitioners Flores Marquez and Garcia Plancarte's Petition for Writ of Habeas Corpus (ECF No. 1) under 28 U.S.C. § 2241, challenging their continued detention at Nevada Southern Detention Center. The Court has reviewed the Petition and preliminarily believes Petitioners likely can demonstrate that their circumstances warrant the same relief as this Court ordered for Petitioner Arce-Cervera in Arce-Cervera v. Noem, No. 2:25-cv-01895-RFB-NJK (D. Nev. Oct. 28, 2025).

Thus, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED TO SHOW CAUSE** in writing by filing return certifying the true cause of detention no later than **5:00 p.m.** on **November 14, 2025**, on why the Court should not grant the Petition. Petitioners may file a traverse no later than **November 18, 2025.**

The Parties are **FURTHER ORDERED** to indicate in their briefing whether they request oral argument or an evidentiary hearing on the Petition. The Court would be amenable to ruling on the papers if the parties indicate that they are willing to waive a hearing. If Respondents have no new arguments to offer that have not already been addressed by the Court, they may so indicate by reference to their previous briefing, while reserving appellate rights. Respondents should file the referenced briefing as an attachment for Petitioner's counsel's review.

**IT IS FURTHER ORDERED** that Respondents file a notice of appearance by **November 14, 2025.**

**IT IS FURTHER ORDERED** that Respondents must file with their return any documents referenced or relied upon in their responsive pleading. Respondents must also file: any arrest warrant, Notice to Appear, Form-286, and/or Form I-213 relevant to Petitioners' detention.

**IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioners out of this District. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is warranted to maintain the *status quo* pending any subsequent hearing and any subsequent order and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

   1) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060;

   2) Jason Knight, Salt Lake City Field Office Acting Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119;

   3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001;

4) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528;

5) Executive Office of Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, <u>In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations</u>, Petitioner's counsel is instructed to **SEND** by electronic mail a courtesy copy of the Petition to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

**DATED:** November 10, 2025.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**